IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SECOND AVE MUSEUM, LLC d/b/a THE JOHNNY CASH MUSEUM )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RDN HERITAGE, LLC )<br>)<br>Defendant. ) | CIVIL ACTION NO. 3:20-cv-00067<br><br>Jury Demand<br><br>Judge Trauger/<br>Magistrate Judge Frensley |

## NOTICE OF SETTLEMENT AND
## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Second Ave Museum, LLC d/b/a The Johnny Cash Museum ("Second Ave"), and Defendant RDN Heritage, LLC ("RDN") have reached an agreement to settle this matter. Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice, and move the Court for an Order of dismissal.

A Proposed Order is submitted for the Court's consideration.

Respectfully submitted,

/s/ *Lauren Kilgore with permission*
Jay S. Bowen, TN Bar No. 2649
Lauren Kilgore, TN Bar No. 30219
SHACKELFORD, BOWEN,
MCKINLEY, & NORTON, LLP
1 Music Circle South, Ste. 300
Nashville, TN 37203

*Counsel for Plaintiff Second Ave Museum d/b/a The Johnny Cash Museum*

/s/ *Jessalyn H. Zeigler*
Jessalyn H. Zeigler (BPR No. 016139)
Sarah B. Miller (BPR No. 033441)
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201

*Attorneys for Defendant RDN Heritage, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following via the Court's CM/ECF e-mail notification system, on this the 9th day of March, 2022:

Jay S. Bowen, Esq. TN BPR No. 2649
Lauren Kilgore, Esq. TN BPR No. 30219
SHACKLEFORD BOWEN MCKINLEY & NORTON LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Telephone: (615) 329-4440
Facsimile: (615) 329-4485
jbowen@shackelfordlaw.net
lkilgore@shackelfordlaw.net

*Counsel for Second Ave Museum, LLC
dba The John Cash Museum*

              */s/ Jessalyn H. Zeigler*